UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-20459-KMW

TAMA SUSAN BOGAD,
    Plaintiff

v.

ROYAL CARIBBEAN CRUISES LTD. a/k/a
ROYAL CARIBBEAN CRUISES LTD., A LIBERIAN
CORPORATION, d/b/a ROYAL CARIBBEAN
CRUISE LINE and d/b/a ROYAL CARIBBEAN
INTERNATIONAL,
    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the counsel for the Plaintiff and counsel for the Defendant that the above cause, have settled all claims in the above captioned cause through the execution of a confidential settlement agreement and release and therefore Plaintiff and Defendants hereby stipulate to the Dismissal with predjudice of this entire action, with each party to bear their own attorneys' fees and costs.

DATED this 3rd day of August, 2020.

By:

**By:** *s/ Lisa C. Goodman*
**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
**Lisa C. Goodman, Esq.** (FBN 118698
lgoodman@hickeylawfirm.com
mrodriguez@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue
Suite 510
Miami, FL  33131
Tel. (305) 371-8000
Fax: (305) 371-3542
*Attorneys for Plaintiff*

**By:** s/ *Natasha Alcivar*
**Natasha Alcivar, Esq.**
nalcivar@rccl.com
**Royal Caribbean Cruises Ltd.**
1080 Caribbean Way
Miami, Florida   33132
Tel. (305) 539-3943
Alt. (305) 539-4457
Fax (305) 539-6561
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 3rd day of August, 2020. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: *s/ Lisa C. Goodman*
**LISA C. GOODMAN** (FBN: 118698)

## SERVICE LIST

**TAMA SUSAN BOGAD v. ROYAL CARIBBEAN CRUISES LTD.**
**CASE NO.: 1:20-cv-20459-KMW**

| | |
|---|---|
| **John H. Hickey, Esq.**<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa C. Goodman, Esq.**<br>lgoodman@hickeylawfirm.com<br>mrodriguez@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A**.<br>1401 Brickell Avenue, Suite 510<br>Miami, Florida 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | **Natasha Alcivar, Esq.**<br>nalcivar@rccl.com<br>**Paul J. Hehir, Esq.**<br>phehir@rccl.com<br>**Royal Caribbean Cruises Ltd.**<br>1080 Caribbean Way<br>Miami, Florida 33132<br>Tel. (305) 539-3943<br>Alt. (305) 539-4457<br>Fax (305) 539-6561<br>*Attorneys for Defendant* |